JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/3/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD TRANSPORTATION, INC., | Case No. CV 19-7453 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOUSER LOGISTICS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendant Houser Logistics, Inc., shall pay plaintiff the total amount of $209,418.40, which is comprised of the following: (a) $201,102.79 in damages plus prejudgment interest at a rate of 10% per annum; (c) attorney's fees in the amount of $7,622.06; and (d) litigation costs in the amount of $693.55.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 3rd day of January, 2020.

/s/
Fernando M. Olguin
United States District Judge